■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY TAYLOR, Appellant.—Judgment of the Supreme Court, Kings County, rendered August 22, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Margett and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONATO MANICONE, Appellant, v JAMES CLEARY, as Warden of the Suffolk County Jail, Respondent.—In a habeas corpus proceeding, petitioner purports to appeal from an "order" of the Supreme Court, Suffolk County, dated October 23, 1973, which dismissed the petition. Appeal dismissed, without costs or disbursements. The paper from which petitioner purports to appeal is a decision. No appeal lies from a decision. In any event, it appears that the petitioner is no longer in respondent's custody. Rabin, J. P., Gulotta, Margett and Martuscello, JJ., concur.